JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 733 -- In re Tram Accident at Yosemite National Park on September 21, 1985

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/01 | 1 | MOTION/BRIEF/CERT. OF SERVICE -- Defendants MCA and Yosemite Park & Curry Co. -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF CALIFORNIA. (tmq) |
| 87/06/11 | 2 | RESPONSE -- (to pldg. #1) William N. Ross, et al. -- w/cert. of svc. (rh) |
| 87/06/11 | | APPEARANCE: MICHAEL G. MARDEROSIAN, ESQ. for American Carrier Equipment, Inc., d/b/a Ace Trailer Co.; FREDERICK C. MICHAUD, ESQ. for William N. Ross, et al.; MARK S. RADER, ESQ. for Diane L. Lee, et al. (cds) |
| 87/06/12 | | APPEARANCES: NIKKI TOLT, ESQ. for Kenneth Wong, et al.; STEPHEN R. CORNWELL, ESQ. for Yosemite Park & Curry Co.; FRANKLIN G. GUMPERT, ESQ. FOR Thomas Artis, et al. (cds) |
| 87/06/17 | 3 | RESPONSE(to pldg. #1) -- Filed by Franklin G. Gumpert -- Thomas Artis, et al. -- W/exhibits A,B,C and cert. of svc. (tmq) |
| 87/06/18 | 4 | JOINDER IN SUPPORT OF MOTION TO TRANSFER (re: pldg. #1) -- Defendant/Cross claimant, American Carrier Equipment, Inc., d/b/a Ace Trailer Company -- W/Cert. of Svc. (paa) |
| 87/06/19 | | HEARING ORDER -- Settting motion to transfer for Panel Hearing on July 23, 1987, Boston, Massachusetts. (paa) |
| 87/06/19 | | APPEARANCE: DAVID F. LEVI, ESQ. for United States of America. (tmq) |
| 87/06/23 | 5 | REPLY -- Yosemite Park and Curry, Co. and MCA -- w/exhibits A,B,C and cert of svc. (tmq) |
| 87/07/23 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING: Stephen & Diane Lee, Emory & Joan Smith, Kenneth & Helen Bray; United States of America; American Carrier Inc., dba Ace Trailer; Kenneth Wong, Theresa Wong, Susan Wong, Mun Ching and Willy Surya; United States of America, United States Department of the Interior; pltfs. Thomas Artis and Kerri Artis. (tmq) |

733

| Date | Entry |
|---|---|
| 87/07/23 | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: STEPHEN R. CORNWELL, ESQ. for Yosemite Park & Curry Co. and MCA; FREDERICK C. MICHAUD, ESQ. for William Ross, Marie Ross, Robert Breedlove, Linda Breedlove and Han Peter Gfeller. (tmq) |
| 87/08/06 | ORDER DENYING TRANSFER FILED TODAY -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved Counsel, Misc. Recipients, Clerks & Judges. (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 733 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Tram Accident at Yosemite National Park on September 21, 1985

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 23, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 6, 1987 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: August 6, 1987

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 733 -- In re Tram Accident at Yosemite National Park on September 21, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Thomas Artis, et al. v. Yosemite Park & Curry Co., et al. | Cal.,E. Price | CV F-86-196 EDP | | | | |
| A-2 | Diane L. Lee, et al. v. United States of America, et al. | Cal.,E. Coyle | CV F 86-359 REC | | | | |
| A-3 | Kenneth Wong, et al. v. United States of America, et al. | Cal.,E. Coyle | CV F 86-575 REC | | | | |
| A-4 | William N. Ross, et al. v. United States of America, et al. | Cal.,N. Ingram | C 86-20666 WAI | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 733 -- In re Tram Accident at Yosemite National Park on September 21, 1985

---

THOMAS ARTIS, ET AL. (A-1)
appearance received - 6/12/87
Franklin Gumpert, Esq.
Barkett, Gumpert, Kuperstein & Reiner
3620 American River Drive, Suite 215
Sacramento, CA  95864

DIANE L. LEE, ET AL. (A-2)
Law Offices of Edward B. Djang
Mark S. Rader, Esq.
910 E. Chapman Avenue
Orange, CA  92666

KENNETH WONG, ET AL. (A-3)
Nikki Tolt, Esq.
15260 Ventura Boulevard
Suite 670
Sherman Oaks, CA  91403

WILLIAM N. ROSS, ET AL. (A-4)
Frederick C. Michaud, Esq.
Michaud & Weber
10121 Miller Avenue, Suite 201
Cupertino, CA  95014

AMERICAN CARRIER EQUIPMENT, INC.
d/b/a ACE TRAILER CO.
Michael G. Marderosian, Esq.
Marderosian & Swanson
1260 Fulton Mall
Fresno, CA  93721

YOSEMITE PARK & CURRY CO.
appearance received - 6/12/87
Stephen R. Cornwell, Esq.
McCormick, Barstow, Sheppard, Wayte & Carruth
1331 Fulton Mall
Fresno, CA  93721

UNITED STATES OF AMERICA

 David F. Levi, Esq.
 United States Attorney
 4304 Federal Building
 1130 "O" Street
 Fresno, CA 93721-2211

U.S. DEPARTMENT OF THE INTERIOR
(No appearance received)
David F. Levi, U.S. Attorney
Mark St. Angelo, Asst. U.S. Attorney
U.S. Attorney's Office
4304 Federal Building
1130 "O" Street
Fresno, CA  93721

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 733   In re Tram Accident at Yosemite National Park on September 21, 1985

| Name of Party | Named as Party in Following Actions |
|---|---|
| YOSEMITE PARK & CURRY CO. | A-1; |
| AMERICAN CARRIER EQUIPMENT INC d/b/a ACE TRAILER CO | A-1; |
| UNITED STATES OF AMERICA | A-1; A-2; A-3; A-4; |
| UNITED STATES DEPARTMENT OF THE INTERIOR | A-2; |