JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -6 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 733

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TRAM ACCIDENT AT YOSEMITE NATIONAL PARK ON SEPTEMBER 21, 1985

ORDER DENYING TRANSFER

This litigation consists of four actions pending in two federal districts: three actions in the Eastern District of California and one action in the Northern District of California. Before the Panel is a motion by defendants Yosemite Park & Curry Co. and MCA Corp. to transfer, pursuant to 28 U.S.C. §1407, the Northern California action to the Eastern District of California for coordinated or consolidated pretrial proceedings with the three actions pending there. ACE Trailer Co., a defendant in all four actions, joins in the motion. Plaintiffs in one Eastern California action and the Northern California action oppose centralization. Plaintiffs in this Eastern California action alternatively support centralization in the Eastern California forum. The Northern California plaintiffs and, through affidavits attached to the Northern California plaintiffs' brief, plaintiffs in two Eastern California actions alternatively suggest centralization in the Northern District of California.

On the basis of the papers filed and the hearing held, the Panel finds that centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. We note that an August 1987 discovery cutoff date and an October 1987 trial date have been established in the Northern California action. We point out that suitable alternatives to Section 1407 transfer exist in order to minimize any possiblity of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-733 -- In re Tram Accident at Yosemite National Park on September 21, 1985

Northern District of California

William N. Ross, et al. v. United States of America, et al.,
C.A. No. C 86-20666 WAI

Eastern District of California

Thomas Artis, et al. v. Yosemite Park & Curry Co., et al.,
C.A. No. CV F-86-196 EDP

Diane L. Lee, et al. v. United States of America, et al.,
C.A. No. CV F-86-359 REC

Kenneth Wong, et al. v. United States of America, et al.,
C.A. No. CV F-86-575 REC